Ex. 1

## CERTIFICATE/LETTER OF QUALIFICATION

Court File No. **202107028**

COMMONWEALTH OF VIRGINIA
VA. CODE §§ 6.2-893, 6.2-1171, 6.2-1365, 6.2-1367, 64.2-2011, 64.2-506, 64.2-607

**Bristol** Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on **June 14, 2021**
                                                                                    DATE

**Ashley Brooke Kohler**,
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this court, under applicable provisions of law, as **Administrator** under Va. Code § 8.01-50 **and** Va. Code § 64.2-454 of the estate of

**Jonathen Blake Kohler**
☒ DECEASED  ☐ MINOR  ☐ INCAPACITATED

The powers of the fiduciary(ies) named above continue in full force and effect.

**$1,000.00** bond has been posted.

Given under my hand and the seal of this Court on

**June 14, 2021**
DATE

**Kelly F. Duffy**, Clerk

by _/s/ Kelly F. Duffy_, Deputy Clerk

FORM CC-1625 MASTER 10/12