CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/22/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | |
|---|---|
| **ASHLEY BROOKE KOHLER, AS ADMINISTRATOR OF THE ESTATE OF JONATHEN BLAKE KOHLER, DECEASED,** | ) ) ) ) ) |
| Plaintiff, | ) Case No. 1:21CV00028 |
| v. | ) **JUDGMENT** |
| **JONATHAN RICHARD BROWN**, | ) JUDGE JAMES P. JONES |
| Defendant. | ) ) |

The motion for summary judgment having been granted, judgment is entered in favor of the Defendant.

The Clerk shall close the case.

ENTER: September 22, 2023

/s/ JAMES P. JONES
Senior United States District Judge